UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK V. BORUNDA,<br><br>        Petitioner,<br><br>  vs.<br><br>STATE OF WASHINGTON,<br><br>        Respondent. | NO.  CV-04-391-LRS<br><br>ORDER DISMISSING PETITION WITHOUT PREJUDICE |

    By Order filed January 3, 2005, the court re-designated Mr. Borunda's action as a habeas petition challenging his confinement in state custody under 28 U.S.C. § 2254.  Specifically, the court directed Plaintiff to name his custodian as the proper respondent and to demonstrate he had exhausted available state court remedies.

    On April 29, 2005, the court received a document from Mr. Borunda, titled petition under 28 U.S.C. § 2254, but captioned, "UNITED STATES OF AMERICA v. Mark V. Borunda" (Ct. Rec. 21).  Mr. Borunda did not present his petition on the form sent to him by the court on January 3, 2005.  Furthermore, his designation fails to comply with the requirement that a petitioner name the state officer having custody of him as the respondent to the petition.  Rule 2(a), Rules Governing Section 2254 Cases in the United States District

ORDER DISMISSING PETITION WITHOUT PREJUDICE -- 1

Courts; *Stanley v. California Supreme Court,* 21 F.3d 359, 360 (9th Cir. 1994). Accordingly, this court is deprived of personal jurisdiction to direct the actions of a Respondent. *Brittingham v. United States*, 982 F.2d 378, 379 (9th Cir. 1992); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989).

In addition, Mr. Borunda indicates his appeal of his state criminal conviction is pending in the Washington State Court of Appeals, Division III. Thus, he has not exhausted available state court remedies and the court cannot grant him federal habeas relief. *O'Sullivan v. Boerkel,* 526 U.S. 838, 842-43 (1999). The federal district court will abstain from interfering with pending litigation in the state courts. *See Younger v. Harris*, 401 U.S. 37 (1971).

Accordingly, for the reasons set forth above and in the court's initial Order, **IT IS ORDERED** the petition is **DISMISSED WITHOUT PREJUDICE** as unexhausted and for lack of personal jurisdiction. **IT IS FURTHER ORDERED** all pending motions are **DENIED as moot.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgement, forward a copy to Petitioner and close the file.

**DATED** this  4th  day of May, 2005.

*s/Lonny R. Suko*
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING PETITION WITHOUT PREJUDICE -- 2